## U.S. District Court
## Eastern District of California – Live System (Fresno)
## CIVIL DOCKET FOR CASE #: 1:17–cv–01600–AWI–JLT

Billings v. Ryze Claim Solutions, LLC  
Assigned to: District Judge Anthony W. Ishii  
Referred to: Magistrate Judge Jennifer L. Thurston  
Case in other court: Kern County Superior Court, BCV–17–101949  
Cause: 29:201 Fair Labor Standards Act

Date Filed: 12/01/2017  
Date Terminated: 06/08/2018  
Jury Demand: Plaintiff  
Nature of Suit: 710 Labor: Fair Standards  
Jurisdiction: Federal Question

**Plaintiff**

**Leslie Billings**  
*an individual*

represented by **Ann Hendrix**  
The Myers Law Group, A.P.C.  
9327 Fairway View Place  
Ste. 100  
Rancho Cucamonga, CA 91730  
(909) 919–2027  
Fax: (888) 375–2102  
Email: ahendrix@myerslawgroup.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Jason Thomas Hatcher**  
The Myers Law Group, APC  
9327 Fairway View Place  
Suite 100  
Rancho Cucamonga, CA 91730  
909–919–2027  
Fax: 888–375–2102  
Email: jhatcher@myerslawgroup.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Robert M. Kitson**  
The Myers Law Group, APC  
9327 Fairway View Place  
Suite 100  
Rancho Cucamonga, CA 91730  
(909) 919–2027  
Fax: (888) 375–2102  
Email: rkitson@myerslawgroup.com  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Ryze Claim Solutions, LLC**  
*an Indiana Limited Liability Company*  
*formerly known as*  
Eagle Adjusting Services, Inc.

represented by **Alis M. Moon**  
Ogletree Deakins  
695 Town Center Drive, Suite 1500  
Costa Mesa, CA 92626

714–800–7900
Fax: 714–754–1298
Email: alis.moon@ogletree.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christopher J Archibald**
Ogletree Deakins Nash Smoak & Stewart, P.C.
695 Town Center Drive
15th Floor
Costa Mesa, CA 92626
714–800–7900–7930
Fax: 714.754.1298
Email: Christopher.Archibald@ogletree.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 12/01/2017 | Ï 1 | NOTICE of REMOVAL from Kern County Superior Court, case number BCV–17–101949 by Leslie Billings. (Filing fee $ 400, receipt number 0972–7392076) (Attachments: # 1 Exhibit A – Summons, Complaint & FAC, # 2 Exhibit B – Service of Process Transmittal Notice, # 3 Exhibit C – Answer to FAC, # 4 Civil Cover Sheet)(Archibald, Christopher) (Entered: 12/01/2017) |
| 12/01/2017 | Ï 2 | DECLARATION of JOHN C. DEVOE re 1 Notice of Removal,. (Archibald, Christopher) (Entered: 12/01/2017) |
| 12/01/2017 | Ï 3 | CORPORATE DISCLOSURE STATEMENT by Defendant Ryze Claim Solutions, LLC, formerly known as Eagle Adjusting Services, Inc.. (Archibald, Christopher) (Entered: 12/01/2017) |
| 12/04/2017 | Ï 4 | CIVIL NEW CASE DOCUMENTS ISSUED: Initial Scheduling Conference set for 3/1/2018 at 08:30 AM in Bakersfield, 510 19th Street before Magistrate Judge Jennifer L. Thurston. (Attachments: # 1 Consent Form, # 2 VDRP) (Jessen, A) (Entered: 12/04/2017) |
| 12/13/2017 | Ï 5 | DESIGNATION of COUNSEL FOR SERVICE. Added attorney Jason Thomas Hatcher for Leslie Billings (Hatcher, Jason) (Entered: 12/13/2017) |
| 12/13/2017 | Ï 6 | CONSENT to JURISDICTION of US MAGISTRATE JUDGE by Leslie Billings. (Hatcher, Jason) (Entered: 12/13/2017) |
| 12/29/2017 | Ï 7 | MOTION to CHANGE VENUE by Ryze Claim Solutions, LLC. Motion Hearing set for 1/29/2018 at 01:30 PM in Courtroom 2 (AWI) before District Judge Anthony W. Ishii. (Attachments: # 1 Memorandum of Points & Authorities, # 2 Declaration of John C. Devoe, # 3 Proposed Order)(Archibald, Christopher) (Entered: 12/29/2017) |
| 01/12/2018 | Ï 8 | OPPOSITION by Leslie Billings to 7 MOTION to CHANGE VENUE . (Attachments: # 1 Declaration of Jason Hatcher, # 2 Declaration of Plaintiff Leslie Billings)(Hatcher, Jason) (Entered: 01/12/2018) |
| 01/12/2018 | Ï 9 | REQUEST for JUDICIAL NOTICE by Leslie Billings in re 8 Opposition to Motion. (Hatcher, Jason) (Entered: 01/12/2018) |
| 01/22/2018 | Ï 10 | REPLY by Ryze Claim Solutions, LLC re 7 MOTION to CHANGE VENUE . (Archibald, Christopher) (Entered: 01/22/2018) |
| 01/22/2018 | Ï 11 | APPENDIX by Ryze Claim Solutions, LLC re 10 Reply filed by Ryze Claim Solutions, LLC. (Archibald, Christopher) (Entered: 01/22/2018) |

| | | |
|---|---|---|
| 01/22/2018 | 12 | OBJECTIONS by Defendant Ryze Claim Solutions, LLC to 8 Opposition to Motion. (Attachments: # 1 Proposed Order)(Archibald, Christopher) (Entered: 01/22/2018) |
| 01/25/2018 | 13 | MINUTE ORDER: (TEXT ENTRY ONLY) The Court has deemed 7 MOTION TO CHANGE VENUE noticed for hearing on 1/29/2018 before Senior District Judge Anthony W. Ishii, suitable for decision WITHOUT oral argument pursuant to Local Rule 230(g). And, as such, the hearing on same is VACATED and the matter will be taken under submission as of that date, signed by District Judge Anthony W. Ishii on 1/25/2018. (Kusamura, W) (Entered: 01/25/2018) |
| 01/26/2018 | 14 | RESPONSE by Leslie Billings to 12 Objections. (Hatcher, Jason) (Entered: 01/26/2018) |
| 02/16/2018 | 15 | MINUTE ORDER (TEXT ENTRY ONLY), signed by Magistrate Judge Jennifer L. Thurston on 2/16/2018: In light of the pending motion for change of venue, the Initial Scheduling Conference set for 3/1/2018 at 08:30 AM is CONTINUED to 4/26/2018 at 08:45 AM in Bakersfield, 510 19th Street before Magistrate Judge Jennifer L. Thurston. (Hall, S) (Entered: 02/16/2018) |
| 04/05/2018 | 16 | NOTICE of APPEARANCE by Robert M. Kitson on behalf of Leslie Billings. Attorney Kitson, Robert M. added. (Kitson, Robert) (Entered: 04/05/2018) |
| 04/13/2018 | 17 | MINUTE ORDER (TEXT ENTRY ONLY), signed by Magistrate Judge Jennifer L. Thurston on 4/13/2018: In light of the pending motion for change of venue, the Initial Scheduling Conference set for 4/26/2018 at 08:45 AM is CONTINUED to 5/30/2018 at 09:00 AM in Bakersfield, 510 19th Street before Magistrate Judge Jennifer L. Thurston. (Hall, S) (Entered: 04/13/2018) |
| 05/07/2018 | 18 | MINUTE ORDER (TEXT ENTRY ONLY), signed by Magistrate Judge Jennifer L. Thurston on 5/7/2018: In light of the pending motion for change of venue, the Initial Scheduling Conference set for 5/30/2018 at 09:00 AM is CONTINUED to 6/28/2018 at 09:00 AM in Bakersfield, 510 19th Street before Magistrate Judge Jennifer L. Thurston. (Hall, S) (Entered: 05/07/2018) |
| 06/08/2018 | 19 | ORDER on Defendant's 7 Motion to Transfer Venue signed by District Judge Anthony W. Ishii on 06/07/2018. CASE TRANSFERRED to Southern District of Indiana, Indiana Division. CASE CLOSED. (Flores, E) (Entered: 06/08/2018) |