UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| LESLIE BILLINGS, individually and on Behalf of others similarly situated, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) CASE NO.: 1:18-cv-01767-JMS-MJD ) |
| RYZE CLAIMS SOLUTIONS, LLC f/k/a Eagle Adjusting Services, Inc., an Indiana Limited Liability Company, and DOES 1-10 inclusive, | ) ) ) ) ) |
| Defendant. | ) |

**DEFENDANT RYZE CLAIMS SOLUTIONS, LLC'S MOTION FOR EXTENSION OF TIME TO RELATED TO CLASS CERTIFICATION DEADLINES**

Defendant, RYZE Claims Solutions, LLC f/k/a Eagle Adjusting Services, Inc. ("Defendant"), by counsel, respectfully requests that this Court enter an Order allowing a two week extension of time for all remaining deadlines related to class certification. In support of its motion, Defendant states as follows:

1. Defendant's opposition to Plaintiff's Motion to Certify a Combined Class currently is due February 27, 2019. Discovery related to class certification closes March 11, 2019. Plaintiff's reply brief is due March 14, 2019, and Defendant's surreply is due March 28, 2019. Trial for this matter has not yet been scheduled.

2. Defendant completed Plaintiff's deposition on February 11, 2019. Defendant reasonably requires additional time to prepare and complete its opposition to Plaintiff's Motion to Certify due to the complexity of the issues, and due in part to several unexpected scheduling conflicts that have arisen for Defendant's counsel.

1

3. Defendant's attorney consulted with counsel for Plaintiff regarding the requested extension, and he does not object to the request.

4. This Motion has been filed in good faith and is not interposed for purposes of harassment or delay. No party will be prejudiced by this Court's granting of the same.

**WHEREFORE**, Defendant RYZE Claims Solutions, LLC f/k/a Eagle Adjusting Services, Inc. ("Defendant") respectfully requests that the Court enter an Order extending all remaining deadlines related to class certification by two weeks: Defendant's response to Plaintiff's Motion to Certify the Combined class shall be due on or before March 13, 2019. Discovery related to class certification issues shall be completed on or before March 25, 2019. Plaintiff's reply shall be due on or before March 28, 2019. Defendant's surreply shall be due on or before April 11, 2019 if Plaintiff's reply introduces new arguments or evidence in reply outside the scope of Defendant's response.

Dated: February 22, 2019

Respectfully submitted,

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: _s/ Christopher C. Murray_
  Christopher C. Murray, Atty. No. 26221-49
  Susan H. Jackson, Atty. No. 0090924 (OH)
  111 Monument Circle, Suite 4600
  Indianapolis, IN 46204
  Telephone: 317.916.1300
  Facsimile: 317.916.9076
  *christopher.murray@ogletree.com*
  *susan.jackson@ogletree.com*

Attorneys for Defendant

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 22, 2019, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's CM/ECF system:

>Robert M. Kitson
>Jason Thomas Hatcher
>The Myers Law Group, APC
>*rkitson@myerslawgroup.com*
>*jhatcher@myerslawgroup.com*

   _s/_ *Christopher C. Murray*

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
111 Monument Circle, Suite 4600
Indianapolis, IN 46204
Telephone:  317.916.1300
Facsimile:  317.916.9076

37522356.1