UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| LESLIE BILLINGS, individually and on Behalf of others similarly situated, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) CASE NO.: 1:18-cv-01767-JMS-MJD ) |
| RYZE CLAIMS SOLUTIONS, LLC f/k/a Eagle Adjusting Services, Inc., an Indiana Limited Liability Company, and DOES 1-10 inclusive, | ) ) ) ) ) |
| Defendant. | ) |

**ORDER GRANTING MOTION FOR EXTENSION OF TIME RELATED TO CLASS CERTIFICATION DEADLINES**

This matter has come before the Court on Defendant RYZE Claims Solutions, LLC's Motion for Extension of Time Related to Class Certification Deadlines. The Court, having been duly advised in the premises, hereby GRANTS said Motion.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that Defendant shall have until March 13, 2019 to file its response to Plaintiff's Motion to Certify a Combined Class. Discovery related to class certification issues shall be completed on or before March 25, 2019. Plaintiff shall have until March 28, 2019 to file a reply to Defendant's response. Defendant shall have until April 11, 2019 to file a surreply if Plaintiff's reply introduces new arguments or evidence in reply outside the scope of Defendant's response.

Dated this _____ day of _____, 20___.

_____
JUDGE, United States District Court
Southern District of Indiana, Indianapolis Division

2

Distribution to:

Service will be made electronically on all ECF registered counsel of record via email generated by the court's ECF system.

37525282.1