UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| LESLIE BILLINGS, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| vs. ) | No. 1:18-cv-01767-JMS-MJD |
| ) | |
| RYZE CLAIM SOLUTIONS, LLC, ) | |
| ) | |
| *Defendant*. ) | |

**FINAL JUDGMENT PURSUANT TO FED. R. CIV. PRO. 58**

The Court now enters **FINAL JUDGMENT** in this matter consistent with the terms set forth in the Court's Order entered on this date approving the parties' class action settlement.

Date: 6/10/2022

*[signature]*
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: _[signature]_

Deputy Clerk, U.S. District Court

**Distribution via ECF only to all counsel of record**